# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAFTSHACK, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CONVENIENT CORNERS, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-00543-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**(ECF No. 21)** |

　　　　Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (Joint Mot., ECF No. 21.)

　　　　Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P.

41(a)(1)(B).  However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

      Having considered the parties' submission, the Court **GRANTS** Joint Motion.  (ECF No. 21.)  Thus, the Court **DISMISSES WITHOUT PREJUDICE** the action against Defendant.  Each party shall bear its own costs and attorney fees.  The Clerk of Court is directed to close the case.

      **IT IS SO ORDERED.**

**DATED: July 18, 2023**

Hon. Cynthia Bashant
United States District Judge